**JILL N. BENOIT**
CHIEF PROBATION OFFICER

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA
PROBATION OFFICE

500 POYDRAS STREET, ROOM B-505
NEW ORLEANS, LOUISIANA 70130
(504)589-3200
Fax 504/589-3286

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 11 PH 3:51

LORETTA G. WHYTE
CLERK

RECEIVED
MAR 10 2005
Judge Ivan L. R. Lemelle
Section B

March 9, 2005

Honorable Ivan L. R. Lemelle
United States District Judge
500 Poydras Street, Room C-525
New Orleans, Louisiana 70130

        RE: WEST, William
            Dkt. No: 053L 2:00CR-00048-001B
            REQUEST FOR WARRANT

Dear Judge Lemelle:

West was originally sentenced on August 22, 2001, by Your Honor after pleading guilty to an offense of misconduct and neglect by a ship's officer resulting in a loss of life.  He was sentenced to serve 12 months in the custody of the Bureau of Prisons, followed by a three year term of supervised release.  His original term of supervised release commenced on August 30, 2002.  However, on August 27, 2003, West appeared before Your Honor for a revocation hearing.  Due to enumerated violations, West's term of supervised release was revoked on this date and was sentenced to serve six months in the custody of the Bureau of Prisons, followed by a three year term of supervised release.  West was ordered to comply with the special conditions of supervision to participate in the orientation and life skills program, mental health treatment, drug testing/treatment, and comply with the above special conditions while serving the Bureau of Prisons component.

West's second term of supervised released commenced on February 25, 2004.  West has violated his supervised release by submitting six positive urinalyses for illicit drugs, and failing to report to the Methodist Counseling Center for three random urinalyses.  West has been given every opportunity to comply with his supervision conditions, and recovation appears appropriate.

Accordingly, Probation Form 12C is attached for Your Honor's signature should you concur in this matter.  It is this writer' intention to recommend a $5,000 bond when West appears before the U. S. Magistrate Judge for his initial appearance.

___ Fee____
___ Process____
X  Dktd____
✓ CtRmDep____
___ Doc. No____

RE: West. William
Page Two


If additional information is needed, please contact this officer at 589-3239.

                                        Respectfully,

                                        Michael E. Fulham
                                        U. S. Probation Officer

MEF/tah

REVIEWED BY: _____
                  Matthew G. Arseneaux
                  Supervising U.S. Probation Officer