MINUTE ENTRY
MOORE, M.J.
APRIL 12, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                       NO. **00-048**

WILLIAM K. WEST                              SECTION "B"

### INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:  X / DEFENDANT, (WITHOUT) COUNSEL _____
              X / ASST. U. S. ATTORNEY  MICHAEL E. MCMAHON
              X / PROBATION OFFICER MICHAEL E. FULHAM  *Daryl Naquin for*
              __ / INTERPRETER, _____, SWORN (TIME: ____.M. TO ____.M.)

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF PETITION/RULE TO REVOKE: READ (SUMMARIZED) WAIVED

__/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__/ BOND SET AT _____

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
__/ DEFENDANT RELEASED ON BOND
__/ DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR _____

X / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
   *April 22, 2005 at 10:00 A.M.*
X / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
   *April 14, 2005 at 2:00 P.M.*
X / RULE TO REVOKE SUPERVISED RELEASE WILL BE SET
    BEFORE UNITED STATES DISTRICT JUDGE IVAN L.R. LEMELLE

MJSTAR: :12

____ Fee _____
____ Process _____
____ Dktd _____
____ CtrmDep _____
____ Doc. No _____