UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 00-48 |
| v. | * | SECTION "B" |
| WILLIAM K. WEST | * | |

\* \* \*

O R D E R

**IT IS HEREBY ORDERED** that the defendant, WILLIAM K. WEST, be brought before this Court, a copy of the Second Rule to Revoke Supervised Release be served upon him, and that he show cause, if any he can, on the 1st day of June, 2005, at 2:00 p.m., why the second term of supervised release imposed by the United States District Court for the Eastern District of Louisiana should not be revoked for further violation of its terms and conditions.

New Orleans, Louisiana, this 15th day of April, 2005.

_____
UNITED STATES DISTRICT JUDGE

FILED APR 15 2005
LORETTA G. WHYTE
CLERK

___ Fee _____
_X_ Process _____
___ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

3