# United States District Court

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

WILLIAM K. WEST

**WARRANT FOR ARREST**

FILED
U.S. DISTRICT COURT
EASTERN RETURN
2005 APR 20 PM 4:50
LORETTA G. WHYTE
CLERK

CASE NUMBER: CR 00-48 B

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **William K. West, 1800 Prytania Street, New Orleans, LA 70130**
and bring him or her forthwith to the

nearest magistrate judge to answer a(n)

( ) Indictment     ( ) Information     ( ) Complaint     ( ) Order of Court     ( ) Probation Violation Petition     (X) Supervised Release Violation Petition     ( ) Violation Notice

charging him or her with alleged violations of supervised release

in violation of Title United States Code, Section(s)

**LORETTA G. WHYTE**
Name of Issuing Officer

Signature of Issuing Officer

(By) Deputy Clerk

**CLERK**
Title of Issuing Officer

**March 14, 2005   New Orleans, Louisiana**
Date and Location

Bail fixed at $_____     by _____
Name of Judicial Officer

Fee_____
Process_____
X Dktd_____
Cksmup_____
Doc. No_____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ 4/12/05  US. Prob. Office 500 Poydras St. by USMS |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4/12/05 | Brian W. Fair DUSM | B/Fa |
| DATE OF ARREST 4/12/05 | | |

Arrested @ US Prob Office

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

WILLIAM K. WEST

**WARRANT FOR ARREST**

CASE NUMBER: CR 00-48 B

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **William K. West, 1800 Prytania Street, New Orleans, LA 70130** and bring him or her forthwith to the

nearest magistrate judge to answer a(n)

( ) Indictment ( ) Information ( ) Complaint ( ) Order of Court ( ) Probation Violation Petition (X) Supervised Release Violation Petition ( ) Violation Notice

charging him or her with alleged violations of supervised release

in violation of Title United States Code, Section(s)

| | |
|---|---|
| LORETTA G. WHYTE | CLERK |
| Name of Issuing Officer | Title of Issuing Officer |
| | March 14, 2005   New Orleans, Louisiana |
| Signature of Issuing Officer | Date and Location |
| (By) Deputy Clerk | |

Bail fixed at $_____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

*COPY COPY COPY COPY*