I HAVE SERVED W. West
AT St. Charles
BY DELIVERING A COPY TO Trpn pop
ON 4-21-05 AT a.60 A.M.-P.M.
UNITED STATES MARSHAL'S SERVICE
BY Kelly Lash

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 APR 13 PM 3:43

LORETTA G. WHYTE
CLERK

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 APR 22 P 12:04
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA    *    CRIMINAL DOCKET NO. 00-48

v.    *    SECTION: "B"

WILLIAM K. WEST    *

\*   \*   \*

## RULE TO REVOKE SECOND TERM OF SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully represents the following:

I.

On August 22, 2001, the defendant was originally sentenced to twelve months in the custody of the Bureau of Prisons, followed by a three-year term of supervised release, after being convicted of misconduct and neglect by a ship's officer resulting in loss of life. On August 27, 2003, his supervised release was revoked, and West was sentenced to six months custody of the Bureau of Prisons, to be followed by a second three-year term of supervised release.

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep____
___ Doc. No.____

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep____
___ Doc. No. 62

II.

Defendant has yet again violated the terms of his supervised release in the manner set forth in Exhibit "A", attached hereto and made part hereof by reference.

**WHEREFORE,** the government prays that WILLIAM K. WEST be brought before this Court and a copy of this Second Rule be served upon him, and that he be ordered to show cause why his second term of supervised release should not be revoked for his failure to abide by its terms and conditions.

Respectfully submitted,

JAMES B. LETTEN
UNITED STATES ATTORNEY

_/s/ Michael E. McMahon_
MICHAEL McMAHON
La. Bar Roll No. 10095
Assistant United States Attorney
500 Poydras Street
New Orleans, LA 70130
Tel: (504) 680-3027


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon counsel for defendant, Gary Schwabe, by hand delivery, this 13TH day of APRIL, 2005.

_/s/ Michael E. McMahon_
MICHAEL McMAHON
Assistant United States Attorney

Prob12C (7/93)

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 11  PM 3: 52

LORETTA G. WHYTE
CLERK

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** WILLIAM K WEST  **Case Number:** 053L 2:00CR00048-001B

**Name of Sentencing Judicial Officer:** Honorable Ivan L. R. Lemelle

**Offense:** 18 U.S.C. 1115 - Misconduct and neglect by a ship's officer resulting in loss of life

**Date of Sentence:** August 27, 2003 (Revocation of Supervised Release)*

**Sentence:** Six months custody of the Bureau of Prisons, followed by a three year term of supervised release.

*Original Sentencing Date - August 22, 2001

**Special Conditions:**

1. Orientation and life skills program
2. Mental health treatment
3. Drug testing/treatment
4. Comply with above special conditions while serving the Bureau of Prisons component

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** February 25, 2004

**Assistant U.S. Attorney:** Michael E. McMahon  **Defense Attorney:** Gary Schwabe

---

## PETITIONING THE COURT

[ X ] To issue a warrant                                   [ ] To issue a summons

For the arrest of William K. West for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| Mandatory Condition: | On February 28, 2005, West reported to the U. S. Probation Office and submitted a urinalysis which tested positive for marijuana on a non-instrument drug testing device (NIDT). This sample was sent to Kroll Laboratory for confirmation. However, Kroll Laboratory reported that the test was negative for illegal substances. West denied abusing marijuana. |
| | On February 26, March 2, and November 1, 2004, West submitted urinalyses to personnel of the U. S. Probation Office in the Eastern District of Louisiana which tested positive for marijuana. West admitted to smoking marijuana. |
| | On September 14, September 30, and October 18, 2004, West submitted urinalyses to personnel of the U. S. Probation Office in the |



GOVERNMENT
EXHIBIT
"A"

Eastern District of Oklahoma which tested positive for marijuana. West admitted to smoking marijuana.

On February 15, 21, and March 1, 2005, West failed to report to the Methodist Counseling Center to submit to a random urinalysis.

**CUSTODIAL STATUS :**

William West is not in custody at this time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 08, 2005

_Michael E. Fulham_
Michael E. Fulham
U.S. Probation Officer

REVIEWED BY:

_Matthew G. Arseneaux_
Matthew G. Arseneaux
Supervising U. S. Probation Officer

---

**THE COURT ORDERS**

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_Signature_
Signature of Judicial Officer

3/11/05
Date

Address of Offender:   1800 Prytania Street
                       New Orleans, LA 70130

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:
   Original   -  Clerk's Office
   1 Copy Certified   -  U.S. Attorney
   1 Copy Certified   -  U.S. Marshal's Office
   2 Copies Certified  -  U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING



CLERK'S OFFICE
A TRUE COPY

MAR 1 4 2005

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 00-48 |
| v. | * | SECTION: "B" |
| WILLIAM K. WEST | * | |

4a93*2

**O R D E R**

**IT IS HEREBY ORDERED** that the defendant, WILLIAM K. WEST, be brought before this Court, a copy of the Second Rule to Revoke Supervised Release be served upon him, and that he show cause, if any he can, on the 1st day of June, 2005, at 2:00 p.m., why the second term of supervised release imposed by the United States District Court for the Eastern District of Louisiana should not be revoked for further violation of its terms and conditions.

New Orleans, Louisiana, this 15th day of April, 2005.

_____
UNITED STATES DISTRICT JUDGE

CLERK'S OFFICE
A TRUE COPY
APR 15 2005
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, La.

___ Fee
_X_ Process
___ Dktd
___ CtRmDep
___ Doc. No.

3