```
UNITED STATES DISTRICT COURT
            FILED
       April 28, 2005
EASTERN DISTRICT OF LOUISIANA
       Loretta G. Whyte
            Clerk
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**          **CRIMINAL NO. 00-048**

**VERSUS**                            **SECTION "B" (4)**

**WILLIAM K. WEST**                   **VIOLATION: SUPERVISED RELEASE**

### NOTICE OF **REVOCATION HEARING**

Take Notice that this criminal case has been set for **Revocation Hearing** on **Wednesday, June 1, 2005 at 2:00 p.m.,** before Judge Ivan L.R. Lemelle, Courtroom C501, 500 Poydras Street, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: April 28, 2005                              LORETTA G. WHYTE, CLERK

TO:                                               by: _Audry E. Steward_
William West                                          **Audry E. Steward**
c/o U.S. Marshal                                      **Deputy Clerk**

Gary V. Schwabe, Jr.                              AUSA Michael E. McMahon  (2)
**Counsel for William West**
                                                  U.S. Marshal

                                                  U.S. Probation Officer

**If you change address,**                        U.S. Pretrial Services
**notify clerk of court**
**by phone, 589-7747**                            **JUDGE LEMELLE**

                                                  COURT REPORTER COORDINATOR
                                                  INTERPRETER: NONE

                                                  FEE _____
                                                  X PROCESS _____
                                                  X DOCKET _____
                                                  X CTRM DEP _____
                                                  DOCUMENT NO. _____