FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY 13  PM 3: 57

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 00-48 |
| v. | * | SECTION: "B" |
| WILLIAM K. WEST | * | |
| | * * * | |

**AMENDED RULE TO REVOKE SECOND TERM OF SUPERVISED RELEASE**

**NOW INTO COURT** comes the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully represents:

Mr. West is scheduled to appear before this Honorable Court on June 1, 2005, at 2:00p.m. to answer a Rule to Show Cause Why his Second Term of Supervised Release Should Not be Revoked.

The allegations set out in the Rule to Revoke Supervised Release previously filed are incorporated by reference as if fully repeated herein.

The United States Probation Office has informed the undersigned Assistant United States Attorney of additional violations committed by the defendant and the government

1

\_\_ Fee\_\_\_\_
\_\_ Process\_\_\_\_
X  Dktd\_\_\_\_
\_\_ CtRmDep\_\_\_\_
\_\_ Doc. No\_\_\_\_

respectfully moves this Court to add the following to his Rule to Revoke Supervised Release:

> West violated a mandatory condition as evidenced by his April 12, 2005, urinalysis submitted to personnel of the U.S. Probation Office which tests positive for marijuana. Additionally, West violated Special Condition Number 2, as he failed to participate in mental health treatment at the Methodist Counseling Center as ordered.

**WHEREFORE,** the government prays that the Rule to Revoke Second Term of Supervised Release previously filed be amended accordingly.

Respectfully submitted,

JAMES B. LETTEN
UNITED STATES ATTORNEY

*/s/ Michael C. McMahon*
MICHAEL McMAHON
La. Bar Roll No. 10095
Assistant United States Attorney
500 Poydras Street
New Orleans, LA 70130
Tel: (504) 680-3027

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon counsel for defendant, Gary Schwabe, by hand delivery, this 13th day of May, 2005.

*/s/ Michael C. McMahon*
MICHAEL McMAHON
Assistant United States Attorney