FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY 17 AM 11: 40

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA      *      CRIMINAL DOCKET NO. 00-48

v.      *      SECTION: "B"

WILLIAM K. WEST      *

     *    *    *

## O R D E R

**IT IS HEREBY ORDERED** that the defendant, WILLIAM K. WEST, be brought before this Court, a copy of the Amended Rule to Revoke Second Term of Supervised Release be served upon him, and that he show cause, if any he can, on the <u>1st</u> day of <u>June</u>, 2005, at 2:00p.m., why the second term of supervised release imposed by the United States District Court for the Eastern District of Louisiana should not be revoked for further violation of its terms and conditions.

New Orleans, Louisiana, this 16th day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE

3

___ Fee____
___ Process____
X  Dktd____
___ CtRmDep____
___ Doc. No____