**MINUTE ENTRY**
**LEMELLE, J.**
**June 1, 2005**

JS-10: 0:40

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 00-048** |
| **WILLIAM K. WEST** | **SECTION "B" (4)** |

### REVOCATION HEARING

Courtroom Deputy:   Audry E. Steward
Court Recorder:   Cindy Usner

APPEARANCES:    Michael E. McMahon, Asst. U.S. Attorney
Robert F. Barnard - FPD, Counsel for Defendant
Michael E. Fulham, U.S. Probation Officer
William K. West, Defendant

Case called; all present and ready.
Counsel appear for the record.
Oral argument by the parties.
For reasons orally stated on the record, defendant's second term of supervised release, imposed on August 27, 2003, is hereby REVOKED.
**See Order Revoking Supervised Release.**
Defendant is remanded to the custody of the United States Marshal
Court adjourned at 2:40 p.m.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____