U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  JUN - 2 2005

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 00-048** |
| **WILLIAM WEST** | **SECTION "B" (4)** |

## ORDER REVOKING SUPERVISED RELEASE

On this 1st day of June, 2005, defendant William West appeared in court with counsel Robert F. Barnard - Federal Public Defender, and in the presence of Asst. U.S. Attorney Michael E. McMahon and U.S. Probation Officer Michael E. Fulham, to show cause why defendant's supervised release should not be revoked.

Accordingly,

Pursuant to the Sentencing Reform Act of 1984, IT IS THE JUDGMENT of this Court that the defendant's second term of supervised release, imposed on August 27, 2003, is hereby REVOKED and the defendant is hereby COMMITTED to the custody of the Bureau of Prisons for a period of nine months.

The Court recommends to the Bureau of Prisons that the defendant be placed in a facility where he can receive substance abuse and mental health treatment and counseling.

___ Fee_____
_✓_ Process_____ (9cc's)
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

IT IS FURTHER ORDERED that the defendant, William West, be remanded to the custody of the United States Marshal.

New Orleans, Louisiana, this the 2nd day of _____June_____, 2005.


_____
**IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE**

- 2 -